UNITED STATES of America,
Plaintiff—Appellee,

v.

Calvin Lee EVERETTE, Defendant—
Appellant.

No. 07–7131.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 18, 2007.

Calvin Lee Everette, Appellant pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lee Everette appeals the district court's order denying his "Motion for Rule 60(b)(3)." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Everette,* No. 5:01–cr–00068–BO (E.D.N.C. June 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*